UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILLIAM THOMAS SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant | Civil No.  3:11-CV-05203-BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion for Extension of Time to File Answer (ECF No. 8), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including June 27, 2011, to file Defendant's Answer.

DATED this 31st day of May 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:11-CV-05203-BHS-JRC]