UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM THOMAS SMITH,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 11-5203BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This ALJ's order is **REVERSED** and the matter is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

ORDER -- 1

1     (3)     The Clerk shall enter JUDGMENT for Plaintiff and the case shall be closed.

Dated this 2nd day of May, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge