UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM THOMAS SMITH,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 11-5203BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    This ALJ's order is **REVERSED** and the matter is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall enter JUDGMENT for Plaintiff and the case shall be closed.

Dated this 2nd day of May, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge